Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____ RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

============================================

_____

                                                         David Golub
                                                         _____
                                                         Plaintiff's Counsel

vs

_____
                                                         Defendant's Counsel
============================================

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....     Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ Hearing continued until _____ at _____